1   GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR. (SBN 132099)
2   THEANE EVANGELIS KAPUR (SBN 243570)
GIBSON, DUNN & CRUTCHER LLP
3   333 South Grand Avenue
Los Angeles, California 90071
4   Telephone: (213) 229-7000
Facsimile: (213) 229-7520
5   *TBoutrous@gibsondunn.com,*
*TKapur@gibsondunn.com*
6
MARK A. PERRY (SBN 212532)
7   RACHEL S. BRASS (SBN 219301)
GIBSON, DUNN & CRUTCHER LLP
8   555 Mission Street,
Suite 3000
9   San Francisco, California 94105
Telephone: (415) 393-8200
10  Facsimile: (415) 986-5309
*MPerry@gibsondunn.com,*
11  *RBrass@gibsondunn.com*

12  Attorneys for Defendant
WAL-MART STORES, INC.

13              UNITED STATES DISTRICT COURT

14        FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  BETTY DUKES, PATRICIA SURGESON,          CASE NO. CV 01-02252 VRW (EMC)
    CLEO PAGE, DEBORAH GUNTER, KAREN
17  WILLIAMSON, CHRISTINE KWAPNOSKI,         [PROPOSED] **ORDER GRANTING**
    AND EDITH ARANA on behalf of themselves, **DEFENDANT WAL-MART STORES,**
18  and on behalf of all other similarly situated, **INC.'S MOTION TO CONSIDER**
                                             **WHETHER CASES SHOULD BE**
19              Plaintiff,                   **RELATED PURSUANT TO CIVIL LOCAL**
                                             **RULE 3-12**
20        v.

21  WAL-MART STORES, INC.,

22              Defendant.

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT WAL-MART STORES, INC.'S MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12

1    After considering Defendant Wal-Mart Stores, Inc.'s motion and any opposition thereto, the

2  Court finds:

3    1.    The cases *Dukes v. Wal-Mart Stores, Inc.*, Case No. CV 01-2252 VRW (EMC), and

4  *Alexander-Jones v. Wal-Mart Stores, Inc.*, Case No. CV 10-3005 SBA, are related as defined by Civil

5  Local Rule 3-12(a).

6    2.    The Clerk shall re-assign *Alexander-Jones v. Wal-Mart Stores, Inc.*, Case No. CV 10-

7  3005 SBA to me, and shall notify the parties and any affected Judge accordingly, pursuant to Civil

8  Local Rule 3-12(f)(3).

9    IT IS SO ORDERED.

10

11  DATED:  July 22, 2010

12

13                                         By: _____
                                                GRANTED
                                                Judge Vaughn R Walker
14                                              Hon. Vaughn R. Walker

15

16

17

18
100901289_1.DOC
19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT WAL-MART STORES, INC.'S MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12