UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ALEXANDER-JONES, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. CV 10-3005 VRW |
| vs. | [~~PROPOSED~~] ORDER |
| WAL-MART STORES, INC., a Delaware Corporation; the Wal-Mart Retirement Plans Committee; and JOHN/JANE DOES 1-15, | Honorable Vaughn R. Walker |
| Defendants. | |

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES,

1. All proceedings in this case shall remain stayed until the earlier of: thirty (30) days after the Supreme Court's ruling on Walmart's certiorari petition in *Dukes v. Wal-Mart Stores, Inc.*, Case No. CV 01-2252 VRW (EMC), or September 30, 2010.

2. The Parties shall jointly advise the Court within 10 court days after the Supreme Court's ruling on Walmart's certiorari petition in *Dukes*.

IT IS SO ORDERED.

Dated: __August 25__, 2010

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature of Judge Vaughn R Walker]*