Todd M. Schneider (SBN 158253)
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
180 Montgomery St, Ste 2000
San Francisco, CA 94104
Tel: 415-421-7100
Fax: 415-421-7105
*tschneider@schneiderwallace.com*
[Additional counsel listed on signature pages]

Plaintiff's Counsel

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
*TBoutrous@gibsondunn.com*
[Additional counsel listed on signature pages]

Defendants' Counsel

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ALEXANDER-JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation; the Wal-Mart Retirement Plans Committee; and JOHN/JANE DOES 1-15,<br><br>Defendants. | No. CV 10-3005 VRW<br>**STIPULATION TO SHORTEN TIME AND ~~PROPOSED~~ ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING IN RELATED ACTION** |

**STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING IN RELATED ACTION**

**Whereas,** on July 8, 2010, Diana Alexander-Jones filed her Complaint for Violations of the Employee Retirement Income Security Act of 1974 (Doc # 1), which asserts ERISA claims against Wal-Mart Stores, Inc., the Walmart Retirement Plans Committee, and the Committee's members, who are named as John/Jane Does 1-15.

**Whereas,** by Order dated July 22, 2010, (Doc #. 7), this Court found that the present action is related to the case *Dukes v. Wal-Mart Stores, Inc.*, Case No. CV 01-2252 VRW (EMC) (hereafter, "*Dukes*"), as defined by Civil Local Rule 3-12(a).

**Whereas**, on December 6, 2010, the Supreme Court granted Walmart's petition for a writ of *certiorari* in *Dukes*;

**Whereas,** by Orders of May 14, 2010, September 17, 2010 and December 23, 2010 (Doc ## 712, 724 and 728 in *Dukes*), this Court has now stayed all proceedings in *Dukes* until the earlier of: the date of the Supreme Court's decision on Walmart's appeal in that case, or August 26, 2011.

**Whereas,** by Orders of August 25, 2010 (Doc # 22) and September 23, 2010 (Doc # 34) this Court has stayed all proceedings in this case until the earlier of 30 days after the Supreme Court's ruling on Walmart's petition for a writ of *certiorari* in *Dukes* or December 30, 2010;

**Whereas,** Defendants herein have moved for entry of an order that would impose a comparable stay in this related case as that entered on December 23, 2010 in *Dukes*;

**Whereas**, Civil Local Rule 7-2(a) requires that a motion be noticed for a date not less than 35 days after service of the motion; and

**Whereas** the Parties herein have agreed to shorten the time for hearing and have agreed that Defendants' motion may be briefed on the following timetable; and

**Whereas,** the Parties herein further agree, that in the event that this Court declines to grant the stay of this action as requested by Defendants, Defendants' date to answer or otherwise respond to the Complaint should be set no sooner than sixty (60) days from the date of such a ruling by the Court;

-1-
**STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING IN RELATED ACTION, CASE NO. 3:10-CV-03005 (VRW)**

Therefore, Defendants and Plaintiff, through their respective counsel, **HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. Plaintiff's opposition to Defendants' Motion shall be filed on or before January 7, 2011, and Defendants' reply shall be filed on or before January 14, 2011;

2. In the event that Defendants' motion to stay proceedings is denied, Defendants' obligation to answer or otherwise respond to the Complaint shall be set to a date no sooner than sixty days after such denial by the Court.

So stipulated.

Dated: December 28, 2010

By: /s/ Todd S. Collins
Todd S. Collins (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604
tcollins@bm.net, enoteware@bm.net

Todd M. Schneider (SBN 158253)
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
180 Montgomery St, Ste 2000
San Francisco, CA 94104
Tel: 415-421-7100
Fax: 415-421-7105
tschneider@schneiderwallace.com

Ann Miller (*pro hac vice*)
ANN MILLER, LLC
The Benjamin Franklin
834 Chestnut Street, Ste 206
Philadelphia, PA 19107
Tel: 215-238-0468
Fax: 215-574-0699

Kurt B. Olsen (*pro hac vice*)
KLAFTER OLSEN & LESSER, LLP

-2-
**STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING IN RELATED ACTION, CASE NO. 3:10-CV-03005 (VRW)**

```
                              1250 Connecticut Ave., N.W., Ste 200
                              Washington, DC 20036
                              Tel: 202-261-3553
                              Fax: 202-261-3522

                              Jeffrey Klafter (pro hac vice)
                              Seth Lesser (pro hac vice)
                              KLAFTER OLSEN & LESSER LLP
                              Two International Drive, Ste 350
                              Rye Brook, NY 10573
                              Tel: 914-934-9200

                              Counsel for Plaintiff
```

Dated: December 28, 2010        By: /s/ Theodore J. Boutrous, Jr.
                                Theodore J. Boutrous, Jr. (SBN 132099)
                                GIBSON, DUNN & CRUTCHER LLP
                                333 South Grand Avenue
                                Los Angeles, CA 90071
                                Tel: 213-229-7000
                                Fax: 213-229-7520
                                *TBoutrous@gibsondunn.com*

                                Frederick Brown (SBN 65316)
                                GIBSON, DUNN & CRUTCHER LLP
                                555 Mission St., Suite 3000
                                San Francisco, CA 94105-2933
                                Tel: 415-393-8200
                                Fax: 415-393-8306
                                *FBrown@gibsondunn.com*
                                Andrea E. Neuman (SBN 149733)
                                Michele L. Maryott (SBN 191993)
                                GIBSON, DUNN & CRUTCHER LLP
                                3161 Michelson Drive
                                Irvine, CA 92612-4412
                                Tel: 949-451-3800
                                Fax: 949-451-4220
                                *ANeuman@gibsondunn.com*
                                *MMaryott@gibsondunn.com*

-3-
**STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING IN RELATED ACTION, CASE NO. 3:10-CV-03005 (VRW)**

|   |   |
|---|---|
| 1 | Paul J. Ondrasik, Jr. (*pro hac vice*) |
| 2 | Morgan D. Hodgson (*pro hac vice*) |
|   | Eric G. Serron (*pro hac vice*) |
| 3 | Ryan T. Jenny (*pro hac vice*) |
|   | STEPTOE & JOHNSON LLP |
| 4 | 1330 Connecticut Avenue, N.W. |
| 5 | Washington, D.C.  20036 |
|   | Tel:  202-429-3000 |
| 6 | Fax:  202-429-3902 |
|   | *pondrasik@steptoe.com* |
| 7 | *mhodgson@steptoe.com* |
|   | *eserron@steptoe.com* |
| 8 | *rjenny@steptoe.com* |

Counsel for Defendants

I, Morgan D. Hodgson, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO THE STIPULATION OF THE PARTIES,

1. Plaintiff's opposition to Defendants' Motion shall be filed on or before January 7, 2011 and  Defendants' reply shall be filed on or before January 14, 2011;

2. In the event that Defendants' motion to stay proceedings is denied, Defendants' obligation to answer or otherwise respond to the Complaint shall be set to a date no sooner than sixty days after such denial by the Court.

IT IS SO ORDERED.

Dated: __12/29/10__, ~~2011~~

[Signature: Judge Vaughn R Walker]
CHIEF JUDGE VAUGHN R WALKER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING IN RELATED ACTION, CASE NO. 3:10-CV-03005 (VRW)**