Todd M. Schneider (SBN 158253)
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
180 Montgomery St, Ste 2000
San Francisco, CA 94104
Tel: 415-421-7100
Fax: 415-421-7105
*tschneider@schneiderwallace.com*
[Additional counsel listed on signature pages]

Plaintiff's Counsel

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
*TBoutrous@gibsondunn.com*
[Additional counsel listed on signature pages]

Defendants' Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA ALEXANDER-JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; the Wal-Mart Retirement Plans Committee; and JOHN/JANE DOES 1-15,<br><br>Defendants. | CASE NO. 3:10-CV-03005 CRB<br><br>.<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

**Whereas,** on July 8, 2010, Diana Alexander-Jones filed her Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974 (Doc. #1), which asserts ERISA claims against Wal-Mart Stores, Inc., the Wal-Mart Retirement Plans Committee, and the Committee's members, who are named as John/Jane Does 1-15;

**Whereas,** Plaintiff's Complaint seeks to certify a class under Fed. R. Civ. P. 23 and to hold Defendants liable for damages allegedly arising from alleged underpayment of retirement contributions to the Plan as a result of alleged gender discrimination in compensation (Complaint, Doc. #1, ¶¶ 1-4, 71);

**Whereas,** by Order dated July 22, 2010 (Doc. # 7), this Court found that the present action is related to the case *Dukes v. Wal-Mart Stores, Inc.*, Case No. CV 01-2252 CRB (hereafter, "*Dukes*"), as defined by Civil Local Rule 3-12(a);

**Whereas,** by Orders of May 14, 2010, September 17, 2010, and December 23, 2010 (Doc. ## 712, 724, and 728 in *Dukes*), most proceedings in *Dukes* were stayed until July 20, 2011;

**Whereas,** by Orders of August 22, 2010. September 23, 2010, and January 18, 2010 (Doc. ## 22, 34, and 45), all proceedings in this case were stayed until July 20, 2011;

**Whereas,** without an extension of time, Defendants will be required to answer or otherwise plead to the Complaint by August 5, 2011.

**Whereas,** the Parties agree that Defendants should be afforded additional time to answer or otherwise plead to the Complaint;

Defendants and Plaintiff, through their respective counsel, **HEREBY STIPULATE AND AGREE AS FOLLOWS:**

Defendants shall answer or otherwise respond to the Complaint not later than sixty (60) days from the date of the filing of this Stipulation.

So stipulated.

Dated: July 28, 2011    By: /s/ Todd M. Schneider
　　　　　　　　　　　　Todd M. Schneider (SBN 158253)
　　　　　　　　　　　　SCHNEIDER WALLACE COTTRELL BRAYTON
　　　　　　　　　　　　KONECKY LLP
　　　　　　　　　　　　180 Montgomery St, Ste 2000
　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　Tel: 415-421-7100
　　　　　　　　　　　　Fax: 415-421-7105
　　　　　　　　　　　　*tschneider@schneiderwallace.com*

Steptoe & Johnson LLP

|   |   |
|---|---|
| 1 | Todd S. Collins (*pro hac vice*) |
| 2 | Ellen T. Noteware (*pro hac vice*) |
|   | BERGER & MONTAGUE, P.C. |
| 3 | 1622 Locust Street |
|   | Philadelphia, PA 19103 |
| 4 | Tel: 215-875-3000 |
|   | Fax: 215-875-4604 |
| 5 | tcollins@bm.net |
|   | *enoteware@bm.net* |
| 6 |   |
| 7 | Ann Miller (*pro hac vice*) |
|   | ANN MILLER, LLC |
| 8 | The Benjamin Franklin |
|   | 834 Chestnut Street, Ste 206 |
| 9 | Philadelphia, PA 19107 |
|   | Tel: 215-238-0468 |
| 10 | Fax: 215-574-0699 |
| 11 |   |
| 12 | Kurt B. Olsen (*pro hac vice*) |
|   | KLAFTER OLSEN & LESSER, LLP |
| 13 | 1250 Connecticut Ave., N.W., Ste 200 |
|   | Washington, DC 20036 |
| 14 | Tel: 202-261-3553 |
|   | Fax: 202-261-3522 |
| 15 |   |
| 16 | Jeffrey Klafter (*pro hac vice*) |
|   | Seth Lesser (*pro hac vice*) |
| 17 | KLAFTER OLSEN & LESSER LLP |
|   | Two International Drive, Ste 350 |
| 18 | Rye Brook, NY 10573 |
|   | Tel: 914-934-9200 |
| 19 |   |
| 20 | Counsel for Plaintiff |

Dated: July 28, 2011      By: /s/Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Tel: 213-229-7000
Fax: 213-229-7520
*TBoutrous@gibsondunn.com*

Case3:10-cv-03005-CRB   Document 46   Filed 07/28/11   Page 3 of 4

- 3 -

Steptoe & Johnson LLP

Stipulation And [Proposed] Order Extending Time to Respond to Complaint
Case No. 3:10-CV-03005 (CRB)

Frederick Brown (SBN 65316)
Michele L. Maryott (SBN 191993)
GIBSON, DUNN & CRUTCHER LLP
555 Mission St., Suite 3000
San Francisco, CA  94105-2933
Tel: 415-393-8200
Fax: 415-393-8306
*FBrown@gibsondunn.com*

Paul J. Ondrasik, Jr. *pro hac vice*
Morgan D. Hodgson, *pro hac vice*
Eric G. Serron, *pro hac vice*
Ryan T. Jenny, *pro hac vice*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
Tel:  202-429-3000
Fax:  202-429-3902
*pondrasik@steptoe.com*
*mhodgson@steptoe.com*
*esserron@steptoe.com*
*rjenny@steptoe.com*

Counsel for Defendants

I, Morgan D. Hodgson, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE:   August 1, 2011

_____
UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

- 4 -

Steptoe & Johnson LLP

Stipulation And [Proposed] Order Extending Time to Respond to Complaint
Case No. 3:10-CV-03005 (CRB)