1  Todd M. Schneider (SBN 158253)
   SCHNEIDER WALLACE
2  COTTRELL BRAYTON KONECKY LLP
3  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
4  Tel: 415-421-7100
   Fax: 415-421-7105
5  tschneider@schneiderwallace.com

6  [Additional counsel listed on signature pages]

7  Plaintiff's Counsel

8
   Theodore J. Boutrous, Jr. (SBN 132099)
9  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
10 Los Angeles, CA 90071
   Telephone: (213) 229-7000
11 Facsimile: (213) 229-7520
   *TBoutrous@gibsondunn.com*
12
13 [Additional counsel listed on signature pages]

14 Defendants' Counsel

15
                    **UNITED STATES DISTRICT COURT**
16

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18 DIANA ALEXANDER-JONES, individually    )   **Case No.: 3:10-cv-03005 CRB**
   and on behalf of all others similarly situated,  )
19                                         )
                                           )   STIPULATION AND [PROPOSED] ORDER
20      Plaintiff,                         )   MODIFYING THE TIME FOR FILING
                                           )   OPPOSITION AND REPLY PAPERS AND
21      vs.                                )   PAGE LIMITS ON OPENING AND
                                           )   OPPOSITION BRIEFS ON DEFENDANTS'
22 WAL-MART STORES, INC., a Delaware       )   MOTION TO DISMISS
   Corporation; the Wal-Mart Retirement Plans )
23 Committee; and JOHN/JANE DOES 1-15,     )
                                           )   Honorable Charles R. Breyer
24      Defendants.                        )
                                           )
25 _____ )

26

27

28

1

2

3

### STIPULATION AND [~~PROPOSED~~] ORDER
### MODIFYING THE TIME FOR FILING OPPOSITION AND REPLY
### PAPERS AND PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS

4      Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, the parties herein, through their counsel of

5  record, stipulate as follows and, pursuant to such stipulation, seek an order from the Court enlarging

6  the time for filing their opposition and reply papers, and permitting opening and opposition briefs

7  (but not the reply brief) to be up to 25 pages in length, in connection with the motion to dismiss the

8  complaint to be filed by Defendants:

9      **Whereas,** on August 1, 2011, pursuant to stipulation, this Court issued an Order extending the

10  time for Defendants to answer or otherwise respond to the Complaint to a date not later than sixty

11  (60) days after the filing of the Stipulation (Doc. # 47);

12      **Whereas,** pursuant to the above-described Order, Defendants are required to answer or

13  otherwise respond to the Complaint on or before September 26, 2011 and intend to do so by filing a

14  motion to dismiss;

15      **Whereas,** the time periods established by Civil Local Rules 7-2 and 7-3 provide that

16  oppositions to motions shall be filed not more than 14 days after filing and service of the motion and

17  that any reply be filed not more than 7 days after the opposition is served;

18      **Whereas,** the commentary to Civil Local Rule 7-2 notes that the time periods set forth in

19  Local Rules 7-2 and 7-3 are minimum time periods and encourages the parties to stipulate to longer

20  notice periods with corresponding longer periods for response or reply in the case of complex

21  motions;

22      **Whereas,** the parties herein agree and represent to the Court that additional time beyond that

23  provided by the Local Rules is necessary to provide the Court with adequate briefing on Defendants'

24  motion to dismiss due to the complexity and potentially dispositive nature of the motion;

25      **Whereas,** no prior time modifications related to the briefing schedule on Defendants' motion

26  to dismiss have been requested, and the only prior time modifications in this case have been in the

27  form of a stay of proceedings (Doc. ## 22, 34 and 45) and the above-mentioned extension of time

28

STIPULATION AND [PROPOSED] ORDER MODIFYING THE TIME FOR FILING OPPOSITION
AND REPLY PAPERS AND PAGE LIMITS ON OPENING AND OPPOSITION BRIEFS ON
DEFENDANTS' MOTION TO DISMISS
Case NO.  CV 10-3005 CRB

1   within which Defendants are required to respond to the Complaint (Doc. # 47), both of which were

2   prompted by the status of the related matter of *Dukes v. Wal-Mart Stores, Inc.,* Case No. CV 01-2252

3   CRB.

4          **Whereas,** the effect of the requested modification of the briefing schedule sought by this

5   Stipulation on the schedule for this case will be minimal and will not require the postponement or

6   modification of any currently scheduled hearing dates or deadlines, as no such deadlines have been

7   set;

8          **Whereas,** the parties believe that the complexity of the issues on the motion to dismiss

9   warrants additional pages for the opening and opposition briefs (but not the reply brief) of up to 25

10  pages each in length;

11         Defendants and Plaintiff, through their respective counsel, **HEREBY STIPULATE AND**

12  **AGREE AS FOLLOWS:**

13         1.   Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or

14              before October 24, 2011;

15         2.   Any reply to Plaintiffs' opposition to the motion to dismiss shall be filed by

16              Defendants on or before November 21, 2011;

17         3.   Any hearing on Defendants' motion to dismiss shall be noticed for December

18              9, 2011, subject to the Court's schedule;

19         4.   Defendants' brief in support of their motion to dismiss (but not their reply

20              brief) and Plaintiff's brief in opposition, exclusive of any exhibits, may each be

21              of up to 25 pages in length.

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER MODIFYING THE TIME FOR FILING OPPOSITION
AND REPLY PAPERS AND PAGE LIMITS ON OPENING AND OPPOSITION BRIEFS ON
DEFENDANTS' MOTION TO DISMISS
Case NO.  CV 10-3005 CRB

1    So stipulated.

2    Dated: September 21, 2011               By:    /s/   Todd M. Schneider
                                            Todd M. Schneider (SBN 158253)
3                                           Mark T. Johnson (SBN 07609)
                                            SCHNEIDER WALLACE
4                                           COTTRELL BRAYTON KONECKY LLP
                                            180 Montgomery Street, Suite 2000
5                                           San Francisco, CA 94104
                                            Tel: 415-421-7100
6                                           Fax: 415-421-7105
                                            tschneider@schneiderwallace.com
7

8                                           Todd S. Collins (*pro hac vice* pending)
                                            Ellen T. Noteware (*pro hac vice*)
9                                           BERGER & MONTAGUE, P.C.
                                            1622 Locust Street
10                                          Philadelphia, PA 19103
                                            Tel: 215-875-3000
11                                          Fax: 215-875-4604
                                            tcollins@bm.net, enoteware@bm.net
12

13                                          Ann Miller (*pro hac vice* pending)
                                            ANN MILLER, LLC
14                                          The Benjamin Franklin
                                            834 Chestnut Street, Ste 206
15                                          Philadelphia, PA 19107
                                            Tel: 215-238-0468
16                                          Fax: 215-574-0699
                                            am@attorneyannmiller.com
17

18                                          Kurt B. Olsen (*pro hac vice* application to be filed)
19                                          KLAFTER OLSEN & LESSER, LLP
                                            1250 Connecticut Ave., N.W., Ste 200
20                                          Washington, DC 20036
                                            Tel: 202-261-3553
21                                          Fax: 202-261-3522

22
                                            Jeffrey Klafter (*pro hac vice* application to be filed)
23                                          Seth Lesser (*pro hac vice* pending)
                                            KLAFTER OLSEN & LESSER LLP
24                                          Two International Drive, Ste 350
                                            Rye Brook, NY 10573
25                                          Tel: 914-934-9200
                                            Fax:  (914) 934-9200
26

27                                          Counsel for Plaintiff

28
                                            - 4 -

1

2    Dated: September 21, 2011          By: */s/ Theodore J. Boutrous, Jr.*
                                       Theodore J. Boutrous, Jr. (SBN 132099)
3                                      GIBSON, DUNN & CRUTCHER LLP
                                       333 South Grand Avenue
4                                      Los Angeles, CA  90071
                                       Tel: 213-229-7000
5                                      Fax: 213-229-7520
                                       *TBoutrous@gibsondunn.com*
6
                                       Frederick Brown (SBN 65316)
7                                      GIBSON, DUNN & CRUTCHER LLP
                                       555 Mission St., Suite 3000
8                                      San Francisco, CA  94105-2933
                                       Tel: 415-393-8200
9                                      Fax: 415-393-8306
                                       *FBrown@gibsondunn.com*
10
                                       Andrea E. Neuman (SBN 149733)
11                                     Michele L. Maryott (SBN 191993)
12                                     GIBSON, DUNN & CRUTCHER LLP
                                       3161 Michelson Drive
13                                     Irvine, CA  92612-4412
                                       Tel: 949-451-3800
14                                     Fax: 949-451-4220
                                       *ANeuman@gibsondunn.com*
15                                     *MMaryott@gibsondunn.com*
16
                                       Paul J. Ondrasik, Jr. (*pro hac vice*)
17                                     Morgan D. Hodgson (*pro hac vice*)
18                                     Eric G. Serron (*pro hac vice*)
                                       Ryan T. Jenny (*pro hac vice*)
19                                     STEPTOE & JOHNSON LLP
                                       1330 Connecticut Avenue, N.W.
20                                     Washington, D.C.  20036
                                       Tel:  202-429-3000
21                                     Fax:  202-429-3902
                                       *pondrasik@steptoe.com*
22                                     *mhodgson@steptoe.com*
                                       *eserron@steptoe.com*
23                                     *rjenny@steptoe.com*
24
25                                     Counsel for Defendants
26
        I, Todd M. Schneider, attest that concurrence in the filing of this document has been obtained
27
     from each of the other signatories.
28
                                           - 5 -

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATE:  September 26, 2011

4                                                   _____
                                                    UNITED STATES DISTRICT JUDGE
5                                                   CHARLES R. BREYER

6

7                                        IT IS SO ORDERED
                                         Judge Charles R. Breyer
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

STIPULATION AND [PROPOSED] ORDER MODIFYING THE TIME FOR FILING OPPOSITION
AND REPLY PAPERS AND PAGE LIMITS ON OPENING AND OPPOSITION BRIEFS ON
DEFENDANTS' MOTION TO DISMISS
Case NO.  CV 10-3005 CRB