United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER-JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC ET AL,<br><br>    Defendant.                  / | No. C 10-03005 CRB<br><br>**JUDGMENT** |

    Having granted Defendant's Motion to Dismiss (dkt. 57), the Court enters judgment for Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: June 28, 2012

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE